# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 15-1334                                                September Term, 2015

EPA-80FR42870

Filed On: March 1, 2016 [1601538]

Compsys, Inc.,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

## O R D E R

Upon consideration of petitioner's unopposed motion to govern further proceedings and continue case in abeyance, it is

**ORDERED** that the motion be granted, and this case remains held in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 90-day intervals beginning May 31, 2016.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings, but no later than February 22, 2017.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Mark A. Butler
           Deputy Clerk